ELMER E. SHELLEY, Appellant-Respondent, v SOUTH BUFFALO RAILWAY COMPANY, Respondent-Appellant. (Appeal No. 2.) [661 NYS2d 576] —Cross appeal unanimously dismissed (*see,* CPLR 5511; *Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653) and amended judgment affirmed without costs. (Appeals from Amended Judgment of Supreme Court, Erie County, Sconiers, J.—Personal Injury.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.